# STATE OF VERMONT

SUPERIOR COURT                                    ENVIRONMENTAL DIVISION
                                                    Docket No. 92-8-19 Vtec

---

### Mongeon Properties, LLC Appeal

---

## ENTRY REGARDING MOTION

Title:          Motion to Withdraw Application/Dismiss Appeal (Motion 3)

Filer:          Mongeon Properties, LLC

Attorney:       Alexander J. LaRosa

Filed Date:     May 4, 2020

No response filed

**The motion is GRANTED.**

Pursuant to Appellant/Applicant's request, we hereby approve of Mongeon Properties, LLC's withdrawal of its application now pending before the Court for lot consolidated in the above referenced Docket. As a consequence of that withdrawal, the City of Winooski Development Review Board approval and granting of Permit No. ZON-082 is hereby **RECINDED** and **VACATED** and the appeal in the above referenced Court Docket is declared **MOOT**.

This matter is remanded to the City of Winooski DBR and Zoning Administrator to complete the ministerial acts of recording this determination. The Zoning Administrator is hereby authorized to request a certified copy of this Entry Order, for recording in the City of Winooski Land Records, to memorialize the vacating and rescinding of the underlying Permit.

**So Ordered.**

Electronically signed on June 3, 2020 at Brattleboro, Vermont, pursuant to V.R.E.F. 7(d).

_____
Thomas S. Durkin, Superior Judge
Environmental Division

Notifications:

Appellant David E. Carter

Robert S. DiPalma (ERN 3619), Attorney for the City of Winooski

Alexander J. LaRosa (ERN 5814), Attorney for Appellee/Applicant Mongeon Bay Properties, LLC